<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| BRUCE MORGAN, | Civil Action No. 25-19096 (SDW) (SDA) |
| Plaintiff, | |
| v. | **WHEREAS OPINION** |
| TOWNSHIP OF MONTCLAIR *et al.*, | February 11, 2026 |
| Defendants. | |

**THIS MATTER** having come before this Court upon the parties' Stipulation of Dismissal with Prejudice (D.E. 2) received on February 6, 2026, dismissing all claims against the U.S. Department of Housing and Urban Development ("HUD") with prejudice and this Court's corresponding Order on February 9, 2026 (D.E. 3); and

**WHEREAS** the United States Attorney's Office, on behalf of HUD and pursuant to 28 U.S.C. § 1442, removed only the state court contempt proceeding to federal court.  D.E. 1 at 2.

**WHEREAS** the underlying state case neither names HUD as a party nor involves HUD in any way.  *See id.* at 9–16.  HUD's involvement arose solely from a subpoena for employment records that Plaintiff issued in the underlying state case.  *See id.* at 2–3.  Since claims against HUD have been dismissed with prejudice, there is no remaining basis for federal jurisdiction.  *See* D.E. 3.

Therefore, no further issues are pending before this Court and this case is **DISMISSED**. The case shall be closed.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:      Clerk
cc:        Parties
           Stacey D. Adams, U.S.M.J.